Allan LUNDEBREK, Relator,

v.

TOM'S MOBIL SERVICE, and Western National Mutual Group, Respondents,

and

Glacial Ridge Hospital District, Principal Life Insurance Company/HRI, Inc., Blue Cross/Blue Shield, Blue Plus of Minn., Intervenors.

No. C5–02–1198.

Supreme Court of Minnesota.

Sept. 25, 2002.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 27, 2002 be, and the same is, affirmed without opinion.

*See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

Sam Hanson
Associate Justice